| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2020** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Tilley, Jr., Norwood C. | 2. Court or Organization<br><br>U.S. District Court, MDNC | 3. Date of Report<br><br>07/12/2021 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Senior Status) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2020<br>**to**<br>12/31/2020 |
| 7. Chambers or Office Address<br><br>PO Box 3443, Room 303<br>324 West Market Street<br>Greensboro, NC 27402 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board of Visitors | Wake Forest University School of Law |
| 2. | Director | Chief Justice Joseph Branch Inn (American Inns of Court) |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | State retirement income from service as an administrator (Davidson County Community College) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

**✔** NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Wells Fargo, 3 IRAs (CDs) | A | Interest | K | T | | | | | |
| 2. First Citizens Bank & Trust IRA | A | Interest | J | T | | | | | |
| 3. MFS Heritage IRA (Mutual), MFS Capital Opportunities Fund | A | Interest | L | T | | | | | |
| 4. First Citizens Bank & Trust Savings Acct | A | Interest | K | T | | | | | |
| 5. Truliant Federal Credit Union Checking Acct | A | Interest | J | T | | | | | |
| 6. First Citizens Bank & Trust Quest Acct | A | Interest | M | T | | | | | |
| 7. First National Bank Checking Acct | A | Interest | K | T | | | | | |
| 8. State Employees Credit Union Money Market Acct | A | Interest | L | T | | | | | |
| 9. Merrill Lynch Investment Acct (H) | | | | | | | | | |
| 10. - Merrill Lynch Cash Account/Bank of America | A | Interest | J | T | | | | | |
| 11. - Pinnacle Fncl Partners | A | Dividend | J | T | | | | | |
| 12. - Truist Finl Corp | A | Dividend | K | T | | | | | |
| 13. - Bank of America Corp | A | Dividend | K | T | | | | | |
| 14. - Coca Cola Com | A | Dividend | K | T | | | | | |
| 15. - Comcast Corp New CL A | A | Dividend | J | T | | | | | |
| 16. - Duke Energy Corp New | C | Dividend | M | T | | | | | |
| 17. - Home Depot Inc | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  - Leggett & Platt Inc. PV1CT | A | Dividend | J | T | | | | | |
| 19.  - McDonalds Corp | A | Dividend | K | T | | | | | |
| 20.  - PepsiCo Inc | A | Dividend | J | T | | | | | |
| 21.  - Pfizer Inc | A | Dividend | J | T | | | | | |
| 22.  - Royal Dutch Shel PLC Spons ADR B | A | Dividend | J | T | | | | | |
| 23.  - FNB Corp | B | Dividend | K | T | | | | | |
| 24.  - Enbridge Inc | A | Dividend | J | T | | | | | |
| 25.  - Stryker Corp | A | Dividend | J | T | | | | | |
| 26.  - Sysco Corporation | B | Dividend | K | T | | | | | |
| 27.  - Zoetis Inc | A | Dividend | J | T | | | | | |
| 28.  - American Funds - High Income Trust CL A | A | Dividend | J | T | | | | | |
| 29.  - American Funds - Bond Fund of America CL A | A | Dividend | J | T | | | | | |
| 30.  - American Funds - Capital Income Builder Fund CL A | A | Dividend | J | T | | | | | |
| 31.  - American Funds - Capital World Growth & Income Fund CL A | A | Dividend | J | T | | | | | |
| 32.  - American Funds - Fundamental Investors CL A | A | Dividend | K | T | | | | | |
| 33.  - American Funds - Income Fund of America CL A | A | Dividend | K | T | | | | | |
| 34.  - American Funds - New Economy Fund CL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - Royal Dutch Shell PLC Spons ADR A | A | Dividend | J | T | | | | | |
| 36.   - Lord Abbett Growth Leaders Fund CL C | A | Dividend | K | T | | | | | |
| 37.   - Align Tech Inc | A | Dividend | J | T | | | | | |
| 38.   - Lord Abbett Short Duration Tax Free CL C | B | Dividend | M | T | | | | | |
| 39.   - iShares Exponential Technologies ETF | A | Dividend | J | T | | | | | |
| 40.   - BlackRock Liquidity Mutual Fund | A | Dividend | J | T | | | | | |
| 41.   - Amazon Com Inc (X) | A | Dividend | J | T | | | | | |
| 42.   - Apple Inc | A | Dividend | K | T | Buy | 09/24/20 | K | | transfer from line 46 |
| 43.   - Berkshire Hathaway Inc - B | A | Dividend | J | T | Buy | 09/24/20 | J | | transfer from line 49 |
| 44.   Lexington Women's Investment Club (H) | | | | | | | | | |
| 45.   - 3M Co. | A | Dividend | J | T | | | | | |
| 46.   - Apple Inc | A | Dividend | J | T | Distributed (part) | 09/24/20 | K | | |
| 47.   - Abbvie Inc | A | Dividend | J | T | | | | | |
| 48.   - AFLAC Incorporated | A | Dividend | J | T | | | | | |
| 49.   - Berkshire Hathaway Inc - B | A | Dividend | J | T | Distributed (part) | 09/24/20 | J | | |
| 50.   - Chevron Corporation | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 51.   - Dassault Sys | A | Dividend | J | T | Sold (part) | 09/04/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - Duke Energy Corp | A | Dividend | J | T | | | | | |
| 53. - Alphabet Inc - Class A | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 54. - HealthPeak Properties, Inc. | A | Dividend | J | T | | | | | |
| 55. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 56. - Old Dominion Freight Line, Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 57. - Pepsico, Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 58. - Proctor & Gamble Company | A | Dividend | J | T | | | | | |
| 59. - Enbridge Inc | A | Dividend | J | T | | | | | |
| 60. - Verizon Communications, Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 61. - Visa Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 62. - Annaly Capital Management Inc | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 63. - Walt Disney Co | A | Dividend | J | T | | | | | |
| 64. - Bausch Health Cos Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 65. - Edward Jones Money Market Account | A | Interest | J | T | | | | | |
| 66. - Align Technology Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |
| 67. - CVS Corporation | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 68. - Home Depot Inc | A | Dividend | J | T | Sold<br>(part) | 09/04/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. - Synchrony Financal | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 70. - Micron Technology | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 71. - International Paper Co | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 72. - Amazon | A | Dividend | J | T | Buy (add'l) | 12/02/20 | J | | |
| 73. - Sealed Air Corp New | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 74. - Canopy Growth Corp | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 75. - GW Pharmaceuticals PLC | A | Dividend | | | Sold | 09/04/20 | J | A | |
| 76. - TG Therapeutics Inc | A | Dividend | J | T | Buy | 02/27/20 | J | | |
| 77. Merrill Lynch IRA #1 (H) | | | | | | | | | |
| 78. - Blackrock Equity Dividend Fund | A | Dividend | J | T | | | | | |
| 79. - iShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 80. - iShares Core US Treasury Bond | A | Dividend | J | T | | | | | |
| 81. - Vanguard Intermediate Term Corporate Bond | A | Dividend | J | T | | | | | |
| 82. - iShares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 83. Merrill Lynch IRA #2 (H) | | | | | | | | | |
| 84. - Merrill Lynch Cash Account/Bank of America | A | Interest | K | T | | | | | |
| 85. - American Growth Fund of America CL C | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - American Growth Fund of America CL A | A | Dividend | L | T | | | | | |
| 87.   - American Investment Co of America CL A | A | Dividend | | | Sold | 04/30/20 | K | A | |
| 88.   - Blackrock Global Allocation Fund Inc C | A | Dividend | K | T | | | | | |
| 89.   - Columbia Dividend Income (formerly Columbia Acorn Fund) CL A | A | Dividend | K | T | | | | | |
| 90.   - Delaware Small Cap Core Fund CL C | A | Dividend | J | T | | | | | |
| 91.   - First Eagle Global Class C | A | Dividend | K | T | | | | | |
| 92.   - Franklin Income Fund CL C | A | Dividend | J | T | | | | | |
| 93.   - Lord Abbett Short Duration Income Fund C | A | Dividend | J | T | | | | | |
| 94.   - MFS Emerging Markets Debt Fund CL C | A | Dividend | | | Sold | 04/30/20 | J | A | |
| 95.   - Putnam Equity Income Fund CL A | A | Dividend | K | T | | | | | |
| 96.   - Lord Abbett Multi Asset Income Fund C | A | Dividend | | | Sold | 04/29/20 | J | A | |
| 97.   - American Mutual Fund CL A | A | Dividend | J | T | Buy | 04/30/20 | J | | |
| 98.   - American Balanced Fund CL A | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 99.   - Lord Abbett Bond Debenture Fund CL A | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 100.  - MFS Diversified Income CL A | A | Dividend | J | T | Buy | 04/29/20 | J | | |
| 101.  Merrill Lynch IRA #3 (H) | | | | | | | | | |
| 102.  - Blackrock Equity Dividend Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. - The Oakmont International Fund | A | Dividend | J | T | | | | | |
| 104. - iShares Russell 1000 Value | A | Dividend | J | T | | | | | |
| 105. - iShares Core US Treasury Bond | A | Dividend | J | T | | | | | |
| 106. - Invesco Oppenheimer International Growth Fund CL Y | A | Dividend | | | Sold | 06/11/20 | J | A | |
| 107. - Merrill Lynch Cash Account/Bank of America | A | Interest | J | T | | | | | |
| 108. - iShares Russell 1000 Growth | A | Dividend | J | T | | | | | |
| 109. - iShares TR Core MSCI | A | Dividend | J | T | | | | | |
| 110. - MFS Value Fund CL I | A | Dividend | J | T | | | | | |
| 111. - TCW Total Return | A | Dividend | J | T | | | | | |
| 112. - Vanguard Intermediate Term Corporate Bond | A | Dividend | J | T | | | | | |
| 113. - Clearbridge Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 114. - Fuller & Thaler Behvrl Small Cap Eq Fund | A | Dividend | J | T | | | | | |
| 115. - T Rowe Price Emerging Mkts Stock Fund | A | Dividend | J | T | | | | | |
| 116. - Pimco Investment Grade Credit Bond Fund CL I2 | A | Dividend | J | T | | | | | |
| 117. - Edgewood Growth Fund (X) | A | Dividend | J | T | | | | | |
| 118. - GS GQG Partners | A | Dividend | J | T | Buy | 06/11/20 | J | | |
| 119. Inherited land in Davidson Co, NC | A | Rent | O | V | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tilley, Jr., Norwood C. | 07/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII - Investments and Trusts - Lines 44-76:  Each security held by the Lexington Women's Investment Club is being reported because the club's total investment in each security is above the reporting threshold.  Spouse owns approximately 6% of the Investment Club, often meaning her personal investment in the securities actually falls below the reporting threshold.

Part VII - Investments and Trusts - Line 119: Value is based on assessed tax value per Davidson County, NC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Norwood C. Tilley, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544